U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 17 P 1:10

CLERK

BY ______
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

KATHY HARGREAVES,

Relator on Behalf of United States of America and State of Vermont,

v.

BRATTLEBORO MEMORIAL HOSPITAL,

Defendant.

Case No. 2:24-cv-90

**ORDER ON DEFENDANT'S MOTION FOR ENTRY OF A CONFIDENTIALITY AND HIPAA QUALIFIED PROTECTIVE ORDER**
**(Doc. 48)**

Defendant seeks to restrict Relator's submission of discovery materials to artificial intelligence ("AI") tools on grounds of privacy restrictions under the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). (Doc. 48). It seeks to apply this restriction to all materials it marks as "confidential" when they are produced in discovery. (Doc. 48 at 2.) Plaintiff responds that Defendant should designate the particular documents it seeks to protect. (Doc. 49 at 2.)

The HIPAA regulations define protected health information to exclude de-identified information. 45 C.F.R. § 164.502(d)(2). A hospital or other medical provider making use of AI must remove patient names, addresses, and other similar information. 45 C.F.R. § 164.514(a)–(b). The court will apply the same restriction to Relator and her counsel. Before uploading a document to a third-party such as an AI site, Relator is responsible for making certain that identifying information has been removed. Once that is done, the document may be submitted to an AI site whether it is marked "confidential" or not.

The parties shall submit the proposed protective order—modified consistent with this order—to the court within 15 days.

Dated at Burlington, in the District of Vermont, this 17th day of November, 2026.

Geoffrey W. Crawford, Judge
United States District Court